IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CHRISTOPHER A. MORRISSEY,

      Petitioner,

v.

      Case No.  5D18-1391
      CORRECTED

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed June 22, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Christopher Morrissey, Raiford, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 23, 2017 judgment and sentence rendered in Case No. 2016-CF-00799-A-O, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

SAWAYA, PALMER and WALLIS, JJ., concur.